# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

KERRY M. KEITH, et al.,  
    Plaintiffs,

Case No. 1:10-cv-909  
Litkovitz, M.J.

vs.

FELDKAMP ENTERPRISES, INC.,  
    Defendant.

**ORDER**

The parties have reached a settlement in this matter following a settlement conference held April 10, 2012.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

**IT IS SO ORDERED**.

Date: 4/11/2012

Karen L. Litkovitz, Magistrate Judge  
United States District Court